JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1373
Facsimile:  (303) 844-1350

DAVENÉ D. WALKER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305-0506

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DEVILS GARDEN PRESERVATION GROUP, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AMANDA McADAMS, *et al.*, <br><br> Defendants. | Case No.: 2:17-cv-02185-MCE-KJN <br><br> **RESPONSE TO MOTION TO INTERVENE** |

1  On February 2, 2018, Proposed Defendant-Intervenors, American Wild Horse Campaign,
2  Animal Legal Defense Fund, and Carla Bowers, filed a motion to intervene. *See* ECF No. 18.
3  Defendants, Amanda McAdams, *et al.*, take no position on the motion to intervene.

Dated:   February 13, 2018                    Respectfully Submitted,

JEFFREY H. WOOD,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief
DAVENÉ D. WALKER,
Trial Attorney

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

*Attorneys for Defendants*