Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Shay S. Scott, Ore. Bar #934214, *pro hac vice*
Scott W. Horngren, Ore. Bar #880604, *pro hac vice*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
clobdell@wrlegal.org
sscott@wrlegal.org
shorngren@wrlegal.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **DEVILS' GARDEN PRESERVATION GROUP**, an unincorporated association; **WILSON RANCHES,** a California general partnership; and **GREEN VALLEY CORP**., a California corporation dba MS Ranch, <br><br> Plaintiffs, <br> vs. <br><br> **AMANDA McADAMS,** in her official capacity as Forest Supervisor, Modoc National Forest; and **U.S. FOREST SERVICE**, an agency within the U.S. Department of Agriculture, <br><br> Defendants | Case No: 2:17-CV-02185-MCE-KJN <br><br> **ORDER GRANTING JOINT MOTION TO FILE EXCESS PAGES** |

1 –ORDER GRANTING JOINT MOTION TO FILE EXCESS PAGES

**ORDER**

Based on the Joint Motion to File Excess Pages filed by Plaintiffs and Federal Defendants and the Court's finding that such pages are justified, Plaintiffs are hereby granted leave to file their motion for summary judgment with Points and Authorities up to thirty (30) pages, and Defendants are hereby granted leave to file an opposition with Points and Authorities up to thirty (30) pages.

IT IS SO ORDERED.

Dated: March 17, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE