JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone:  (303) 844-1373
Facsimile:  (303) 844-1350

DAVENÉ D. WALKER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:  (202) 353-9213
Facsimile:  (202) 305-0506

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DEVILS GARDEN PRESERVATION GROUP, *et al.*,<br><br>          Plaintiffs,<br><br>vs.<br><br>AMANDA McADAMS, *et al.*,<br><br>          Defendants. | Case No.: 2:17-cv-02185-MCE-KJN<br><br>**FEDERAL DEFENDANTS' COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

1 | Plaintiffs challenge the United States Forest Service's implementation of its Wild Horse & Burro ("WH&B") Management Program under the Wild Free-Roaming Horses and Burros Act ("Wild Horse Act"), 16 U.S.C. § 1331 *et seq.*, and the National Forest Management Act ("NFMA"), 16 U.S.C. § 1600 *et seq*. *See* Plaintiffs' Opening Brief ("Pls.' Br."), ECF No. 37. Federal Defendants hereby respond to Plaintiff's motion for summary judgment and file a combined opposition and cross-motion for summary judgment. As explained in Federal Defendants' memorandum in support of their opposition and cross-motion, the Court should reject Plaintiffs' motion and misguided invitation to judicially manage the Forest Service's Wild Horse Program.

Dated: April 18, 2018

Respectfully Submitted,

JEFFREY H. WOOD,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief
DAVENÉ D. WALKER,
Trial Attorney

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

*Attorneys for Defendants*