JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373
Facsimile: (303) 844-1350

DAVENÉ D. WALKER
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 353-9213
Facsimile: (202) 305-0506

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| DEVILS GARDEN PRESERVATION GROUP, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> AMANDA McADAMS, *et al.*, <br><br> Defendants. | Case No.: 2:17-cv-02185-MCE-KJN <br><br> **FEDERAL DEFENDANTS' STATEMENT OF UNDISPUTED FACTS** |

1. The Forest Service's Wild Horse & Burro Program manages wild horses in seven western states in 34 active WH&B territories. *See* Thomas Walter Frolli Declaration ("Frolli Declaration") ¶ 4. These WH&B territories are located in Montana, New Mexico, Arizona, Nevada, Utah, California, and Oregon. *Id*.

2. As of 2014, the estimated population on all National Forest System lands in these seven states totaled approximately 6,490 animals. *Id*. This total is nearly three times the number of horses in these territories recommended by the relevant Forest Service land use plans. *Id*. And, due to rapid reproduction rates, horse populations increase approximately 25% a year. AR879.

3. Twenty-three of the 34 active territories are also part of larger Joint Management Areas with BLM herd management areas. Frolli Decl. ¶¶ 4, 6. Joint Management Areas are complexes in which the wild horses or wild burros roam back and forth across administrative boundaries – *i.e.*, horses move back and forth among established BLM herd management areas and Forest Service territories. *Id*.

4. The two agencies have a long-time partnership in managing these areas. *Id*. ¶¶ 14, 27; *see also* AR2950; AR5947.

5. Because of BLM's significant expertise and experience in wild horse management, its extensive network of off-range holding facilities, established adoption program, etc., the Forest Service is dependent on BLM in the implementation of its WH&B Program. *Id*. ¶¶ 15-19, 27.

6. While acting within the partnership, the Forest Service is subject to all of the Congressional limitations and prohibitions placed on BLM – *e.g*., the prohibition on destruction of excess horses, sale without limitations, etc. *Id*. ¶¶ 12, 19, 27, 34(c).

7. As part of its WH&B Program, BLM manages an estimated population of nearly 73,000 wild horses and burros on the herd management areas scattered throughout 10 western states. *Id*. ¶ 18. This total is more than twice the number of horses on the open range recommended by the relevant BLM land use plans. *Id*. And, like the horses on Forest Service territories, the populations on these herd management areas increase about 25% every year. AR879.

8. Over the past decades, the agencies together have removed hundreds of thousands of wild horses from the open range and now jointly pay to board nearly 50,000 of these horses at off-range facilities. Frolli Decl. ¶ 34(d).

9. Due to the decrease in market demand for horses in general, *see id*. ¶ 34(e), the agencies are increasingly unable to find suitable homes for healthy excess horses through the adoption program, *id*. ¶ 34(d).

10. And, to further complicate this problem, BLM (and the Forest Service acting within the partnership) are not permitted to humanely destroy healthy, unadopted horses or conduct any sale that ultimately results in their destruction. *Id*. ¶ 19; *see also* Consolidated and Further Continuing Appropriations Act, 2015, Pub. L. 113-235, 128 Stat. 2130, 2399 (Dec. 16, 2014) ("Appropriations herein made shall not be available for the destruction of healthy, unadopted, wild horses and burros in the care of the Bureau or its contractors or for the sale of wild horses and burros that results in their destruction for processing into commercial products."); *In Def. of Animals*, 751 F.3d at 1059 n.3.

11. The agencies must pay these boarding expenses over the entire lifetime of the vast majority of these horses, at a staggering and escalating cost. *Id*. ¶ 34(b). As a result, much of both agencies' horse-management budget is now fixed and committed to off-range boarding costs. *Id*. ¶¶ 23, 26 (explaining that nearly 74% of the Forest Service's FY 2016 budget dedicated to WH&B management was paid to BLM to help cover fixed boarding costs); *id*. ¶ 34(b) (explaining that nearly 70% of the Forest Service's FY 2017 budget dedicated to WH&B management was paid to BLM to help cover fixed boarding costs).

12. The agencies' ability to remove additional horses from the open range is also limited by the lack of boarding space at off-range facilities. Many of the current boarding facilities are at or near maximum capacity. *Id*. ¶¶ 28-30, 34(d). And, due to high quality standards and a lengthy procurement process, securing additional off-range facilities is a difficult and long process. *Id*. ¶ 34(d).

13. The agencies only remove approximately 3,500-4,000 horses a year from the open range throughout the West. *Id.* ¶ 34(d). This rate is generally equivalent to the number of horses that annually leave the off-range facilities by sale, adoption, or death. *Id.*

14. This average yearly removal of horses from the western range is allocated among all seven states with Forest Service territories and the 10 western states with BLM herd management areas. *Id.*

15. Removals are determined according to the most pressing and urgent needs at any given time in all of these states/areas. *Id.* ¶ 28.

16. Removals are also subject to other mission critical priorities such as catastrophic wildfire suppression, efforts to combat drought, public health/safety, and enhancement of water resources. *Id.* at ¶ 25.

17. The Devil's Garden Plateau Wild Horse Territory ("Devil's Garden Territory") comprises almost 258,000 acres on the Modoc National Forest. AR1102.

18. It is the largest wild horse territory managed by the Forest Service in size and wild horse population. AR6058; AR6063.

19. The Devil's Garden Territory is also jointly managed with BLM as Joint Management Area.

20. An aerial inventory in February 2016 indicated wild horse population size had doubled since 2013 (from an estimated 1,128 in 2013 to 2,246 adult horses in 2016). AR6058.

21. The Devil's Garden herd has shown an historic annual growth rate of 20-25%, and 2018 estimates are approximately 3,900 wild horses in the area now. AR879; AR3850; AR6956. This is almost 10 times the upper appropriate management level defined in the Devil's Garden Territory Management Plan. AR6058; AR6063; AR6066.

22. In August 2013, the Modoc National Forest approved a Devil's Garden Territory Management Plan. AR1097.

23. The primary goal of the Plan is to implement management of wild horses in the Devil's Garden Territory for the next 15-20 years as a self-sustaining population of healthy animals in a thriving natural ecological balance. AR1102.

24. Based on an in-depth analysis of resource monitoring and other data, the Plan adjusted the appropriate management level for the Devil's Garden Territory to 206-402 adult wild horses. AR1105-07.

25. Based on the same analysis of resource monitoring and data, the Plan (and supporting documents) made an "excess" determination under the Wild Horse Act. It determined that that an overpopulation existed on the Devil's Garden Territory and that removal was required. AR144 (determining that an overpopulation exists on the territory and that removal is required). Frolli Decl. ¶¶ 35-37.

26. The Plan outlined out a five-year phased gather/removal plan to start removals as soon as October 2013 and to have the horse population numbers down to within the appropriate management level by 2016. *See* AR863 (requiring gathers as soon as October 2013); AR1117 (setting a goal to be within the appropriate management level by 2016).

27. The Plan identified helicopter-assisted gathers and bait/water trapping as the primary gather methods. AR1111-12.

28. In the fall of 2016, the Forest Service and BLM conducted a gather and captured approximately 291 horses outside the Devil's Garden Territory on private and Tribal lands – horses that had expanded beyond the administrative boundaries of the Territory. AR1584.

29. The agencies transferred the excess horses to BLM's Litchfield Short-Term Holding Facility. AR1584.

30. In 2017, the Modoc National Forest started working on an implementation strategy to reach the appropriate management level "in the shortest possible timeframe due to the irreversible ecological damage occurring as a result of overpopulation." AR2926.

31. The strategy is developing several options to try and address the current challenges to excess horse removal. Frolli Decl. ¶¶ 38-43.

32. The Forest Service has re-assigned funding within National Forest System appropriated funds and supplemented the Modoc National Forest's budget by $916,649. *Id*. ¶ 26.

33. The Forest Service has requested funds to construct a new wild horse short-term holding facility, with an anticipated maximum capacity of 500 animals. It is expected that a Forest

Service short-term holding facility will be less expensive than contracting the services of a BLM facility, provide management options for adjacent territories (Klamath and Ochoco National Forests), and allow for more flexibility in bait-trapping, disposition of horses (*i.e.*, not subject to Congressional prohibitions on sale and destruction), and responding to emergency situations on the Devil's Garden Territory. AR1586; Frolli Decl. ¶ 41.

34. The Forest Service is currently defining the authorities needed to sell older and unadopted horses, as well as to conduct adoptions without the support of BLM. AR1586.

35. The Forest Service has requested funds for one or more gathers in the Fall of 2018 and/or 2019. The Forest Service has initiated planning for the gather(s) and requisition of a gather contractor. Frolli Decl. ¶ 43.

Dated:     April 18, 2018                                    Respectfully Submitted,

JEFFREY H. WOOD,
Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN,
Assistant Section Chief
DAVENÉ D. WALKER,
Trial Attorney

/s/ Rickey D. Turner, Jr.
RICKEY D. TURNER, JR.
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1373

*Attorneys for Defendants*