1  Dennis L. Porter (Cal. Bar #67176)
   Attorney at Law
2  8120 36th Avenue
3  Sacramento, California 95824-2304
   Telephone: (916) 381-8300
4  Fax: (916) 381-8726
   dlporter2@yahoo.com
5

6  Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
   Shay S. Scott, Ore. Bar #934214, *pro hac vice*
7  Scott W. Horngren, Ore. Bar #880604, *pro hac vice*
   WESTERN RESOURCES LEGAL CENTER
8  9220 SW Barbur Blvd., Suite 327
   Portland, Oregon 97219
9  Telephone: (503) 768-8500
   Fax: (503) 222-3255
10 clobdell@wrlegal.org
11 sscott@wrlegal.org
   shorngren@wrlegal.org
12
   *Attorneys for Plaintiffs*
13

14

15                    **UNITED STATES DISTRICT COURT**

16                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

17                            **SACRAMENTO DIVISION**

| | |
|---|---|
| 18 **DEVILS' GARDEN PRESERVATION GROUP**, an unincorporated association; **WILSON RANCHES,** a California general partnership; and **GREEN VALLEY CORP**., a California corporation dba MS Ranch,<br><br>Plaintiffs,<br>vs.<br><br>**AMANDA McADAMS,** in her official capacity as Forest Supervisor, Modoc National Forest; and **U.S. FOREST SERVICE**, an agency within the U.S. Department of Agriculture,<br><br>Defendants | Case No: 2:17-CV-02185-MCE-KJN<br><br>**ORDER GRANTING STIPULATED MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE** |

ORDER GRANTING STIPULATED MOTION TO AMEND SUMMARY JUDGMENT
BRIEFING SCHEDULE

Based on the Stipulated Motion to Amend Summary Judgment Briefing Schedule filed by Plaintiffs and Federal Defendants, and for good cause shown, the Court hereby GRANTS the motion and further approves the following schedule for the remainder of summary judgment briefing:

- 5/3/18 – deadline for Plaintiffs to file combined opposition to Defendants' cross-motions for summary judgment/reply in support of motion for summary judgment.
- 5/17/18 – deadline for Federal Defendants to file a reply brief.
- 5/24/18 – deadline for Proposed Defendant-Intervenors to file reply brief.

IT IS SO ORDERED.

Dated:  May 1, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO AMEND SUMMARY JUDGMENT BRIEFING SCHEDULE