Dennis L. Porter (Cal. Bar #67176)
Attorney at Law
8120 36th Avenue
Sacramento, California 95824-2304
Telephone: (916) 381-8300
Fax: (916) 381-8726
dlporter2@yahoo.com

Caroline Lobdell, Ore. Bar #021236, *pro hac vice*
Shay S. Scott, Ore. Bar #934214, *pro hac vice*
Scott W. Horngren, Ore. Bar #880604, *pro hac vice*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
clobdell@wrlegal.org
sscott@wrlegal.org
shorngren@wrlegal.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

**DEVILS' GARDEN PRESERVATION GROUP**, an unincorporated association; **WILSON RANCHES,** a California general partnership; and **GREEN VALLEY CORP**., a California corporation dba MS Ranch,

    Plaintiffs,

vs.

**AMANDA McADAMS,** in her official capacity as Forest Supervisor, Modoc National Forest; and **U.S. FOREST SERVICE**, an agency within the U.S. Department of Agriculture,

    Defendants

Case No: 2:17-CV-02185-MCE-KJN

**ORDER GRANTING STAY OF PROCEEDINGS**

Having reviewed plaintiffs and defendants' stipulation to stay proceedings to engage in administrative appeals, and given that the resolution of the appeals may obviate the need for further litigation, the Court finds good cause for a stay of proceedings. The Court hereby ORDERS that (1) proceedings are STAYED pending completion of the administrative appeals and (2) the parties shall submit a joint status report every sixty (60) days from the date of electronic filing of this Order until completion of the administrative appeals.

The parties are further ordered to file a final joint status report and, if relevant, a request to lift the stay, not later than twenty (20) days after conclusion of the administrative appeals. In the event that Plaintiffs decide to continue litigating this case at the end of the administrative appeals process, the parties shall meet and confer to work out a mutually agreeable schedule for filing of all summary judgment briefing. A proposed schedule for the Court's approval shall be included in the request to lift the stay. The pending motion to intervene (ECF No. 18) and pending motions for summary judgment (ECF Nos. 36, 51, and 54) and therefore VACATED and DENIED without prejudice to refiling if and when the stay is lifted.

IT IS SO ORDERED.

Dated: May 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STAY OF PROCEEDINGS