CHRISTOPHER J. CARR (CSBN 184076)
Chris.Carr@BakerBotts.com
NAVI SINGH DHILLON (CSBN 279537)
Navi.Dhillon@BakerBotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, California 94111
Telephone:  (415) 291-6200

CAROLINE LOBDELL, Ore. Bar #021236, *pro hac vice*
SCOTT W. HORNGREN, Ore. Bar #880604, *pro hac vice*
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone:  (503) 768-8500
clobdell@wrlegal.org
shorngren@wrlegal.org

Attorneys for Plaintiffs
DEVIL'S GARDEN PRESERVATION GROUP,
WILSON RANCHES, and GREEN VALLEY CORP.

(Additional counsel on next page)

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEVIL'S GARDEN PRESERVATION GROUP, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMANDA McADAMS, *et al.*,<br><br>　　　　　Defendants. | CASE NO.  2:17-cv-02185-MCE-KJN<br><br>**STIPULATION RE REQUEST TO LIFT STAY; ORDER**<br><br>Date:　　　N/A<br>Time:　　　N/A<br>Judge:　　　Hon. Morrison C. England, Jr.<br>Courtroom:　7, 14th Floor<br><br>Action Filed: October 19, 2017<br>Trial Date:　  None set |

1  JEAN E. WILLIAMS
   Deputy Assistant Attorney General
2  Environment and Natural Resources Division

3  DAVENÉ D. WALKER (GA Bar No. 153042)
4  Trial Attorney
   U.S. Department of Justice
5  Environment & Natural Resources Division
   Natural Resources Section
6  P.O. Box 7611
   Washington, DC 20044-7611
7  Telephone:  (202) 353-9213
   Facsimile:  (202) 305-0506
8

9  RICKEY D. TURNER, JR.
   Trial Attorney (CO Bar 38353)
10 U.S. Department of Justice
   Environment & Natural Resources Division
11 Wildlife & Marine Resources Section
   999 18th Street
12 South Terrace, Suite 370
   Denver, CO 80202
13 Telephone: (303) 844-1373
   E-mail:  rickey.turner@usdoj.gov
14

15 Attorneys for Federal Defendants

Having met and conferred, the undersigned Parties hereby stipulate to the following:

WHEREAS, in March and April 2018, the Parties filed dueling motions for summary judgment (ECF Nos. 36 and 54) but the briefing on those motions was never completed;

WHEREAS, in May 2018, the Court stayed this action to facilitate settlement discussions and allow for completion of administrative appeals (ECF No. 60);

WHEREAS, in May 2018 and in light of the stay, the Court vacated and denied both Parties' summary judgment motions without prejudice to refiling if and when the stay is lifted (ECF No. 60);

WHEREAS, the Court ordered the parties to (i) file a request to lift the stay (if relevant) in the event settlement discussions are unsuccessful; (ii) meet and confer on a mutually agreeable summary judgment schedule (ECF No. 60);

WHEREAS, because settlement discussions were unsuccessful, the Parties wish to advance the litigation and agree that the stay should be lifted, which has been in place for more than one year.

WHEREAS, the Parties are in the process of conferring on a mutually agreeable case schedule and will endeavor to submit a proposed schedule by June 24 or file an appropriate motion, if necessary.

NOW THEREFORE, the Parties jointly and respectfully ask that the Court lift the stay. A proposed order follows the Parties' signature blocks.

Respectfully submitted,

| | |
|---|---|
| Dated:  June 10, 2019 | BAKER BOTTS LLP |
| | |
| | /s/ *Navi Dhillon*_____ |
| | NAVI SINGH DHILLON |
| | Attorneys for Plaintiffs |
| | DEVIL'S GARDEN PRESERVATION GROUP, *et al.* |
| | |
| Dated:  June 10, 2019 | JEAN E. WILLIAMS |
| | Deputy Assistant Attorney General |
| | Environment and Natural Resources Division |
| | |
| | /s/ *Ricky D. Turner, Jr. (as auth. on June 10, 2019)* |
| | RICKY D. TURNER, JR. |
| | Attorneys for Federal Defendants |

# ORDER

In light of the Parties' Stipulation (ECF No. 75) and good cause appearing, the Court orders as follows:

1. The Court hereby LIFTS the stay entered on May 3, 2018 (<u>see</u> ECF No. 60); and

2. The Parties are to confer on a mutually agreeable case schedule and submit a joint status report by **June 24, 2019**.

**IT IS SO ORDERED**.

Dated:  June 17, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE