NAVI S. DHILLON (SBN 279537)
navidhillon@paulhastings.com
CHRISTOPHER J. CARR (SBN 184076)
chriscarr@paulhstings.com
PAUL HASTINGS LLP
101 California Street
Forty-Eighth Floor
San Francisco, California  94111
Telephone:  1(415) 856-7000
Facsimile:  1(415) 856-7100

Attorneys for Plaintiffs
DEVIL'S GARDEN PRESERVATION GROUP,
WILSON RANCHES, AND
GREEN VALLEY CORPORATION , dba MS RANCH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEVIL's GARDEN PRESERVATION GROUP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, et al.,<br><br>Defendants. | Case No: 2:17-cv-02185-MCE-KJN<br><br>**NOTICE OF PARTIAL SETTLEMENT OF ACTION AND REQUEST TO DISMISS PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE**<br><br>Action Filed: Oct. 19, 2017<br>Trail Date: None set |

Plaintiffs hereby provide notice that they have reached a partial settlement of this action. All claims between Plaintiffs and Defendants have been resolved.

Intervenors Animal Legal Defense Fund, American Wild Horse Campaign, and Carla Bowers assert they have pending cross-claims against Defendants and declined to stipulate to the dismissal of Plaintiffs' operative complaint (ECF No. 84) pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Plaintiffs respectfully ask that the Court dismiss Plaintiffs' operative complaint (ECF No. 84) without prejudice. Defendants do not oppose this request. In an effort to promote efficiency and economy, Plaintiffs did not file a formal motion but will do so if requested by the Court.

Respectfully submitted,

DATED: March 12, 2021                    PAUL HASTINGS LLP

By:   */s/ Navi Dhillon*
      NAVI SINGH DHILLON

Attorneys for Plaintiffs
DEVIL'S GARDEN PRESERVATION GROUP, WILSON RANCHES, and GREEN VALLEY CORPORATION, dba MS RANCH

- 2 -

NOTICE OF SETTLEMENT AND REQUEST
TO DISMISS WITHOUT PREJUDICE                    CASE NO. 2:17-cv-02185-MCE-KJN