UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIL'S GARDEN PRESERVATION GROUP, et al., | No. 2:17-cv-02185-MCE-KJN |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| U.S. FOREST SERVICE, et al., | |
| Defendants. | |

The Court is in receipt of Plaintiffs' March 12, 2021 Notice of Partial Settlement of Action and Request for Dismissal of Complaint (ECF No. 112), in which Plaintiffs indicate that all claims between them and Defendants have been resolved. The Court construes that request as a motion for dismissal under Federal Rule of Civil Procedure 41(a)(2).

On March 24, 2021, the only other party to these proceedings, Intervenors and Cross-Claimants Animal Legal Defense Fund, American Wild Horse Campaign, and Carla Bowers (collectively "Intervenors") responded by indicating they do oppose the dismissal of Plaintiffs' claims in this matter, so long as Intervenors' Cross-Claim (ECF No. 87) against the Defendants is likewise dismissed without prejudice (ECF No. 113). Defendants did not object to that request. (ECF No. 114).

Accordingly, having examined the papers submitted, and good cause appearing,

1   this entire action, including Intervenors' Cross-Claim, is hereby **DISMISSED**, without

2   prejudice.  The matter having now been concluded in its entirety, the Clerk of Court is

3   directed to close the file.

4         IT IS SO ORDERED.

5

6         Dated:  June 9, 2021

7

8         MORRISON C. ENGLAND, JR
          SENIOR UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28